

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>TONY MCKIBBINS  )<br>)<br>Defendant.  ) | 2:07-CR-010-RLH-LRL |

____ FILED        ____ RECEIVED
____ ENTERED   ____ SERVED ON
                COUNSEL/PARTIES OF RECORD

NOV 21 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#58) on November 1, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $123,383.00

Name of Payee: US BANK
Amount of Restitution: $9,382.00

Name of Payee: CITIBANK
Amount of Restitution: $79,700.00

**Total Amount of Restitution ordered:  $212,465.00**\*\*

**Joint and Several with co-defendant Anthony Donnell Tyner

Dated this 21ST day of November, 2016.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE